ployer under the Americans with Disabilities Act. The University filed a motion to dismiss, arguing in part that the Act was unconstitutional as applied to the states. The district court granted the University's motion, and Maisel appealed. This case is now controlled by *Trustees of University of Alabama v. Garrett*, 531 U.S. 356, 121 S.Ct. 955, 148 L.Ed.2d 866 (2001), which held that the Eleventh Amendment bars state employees from bringing claims against their employers under Title 1 of the Americans with Disabilities Act. We therefore AFFIRM the district court's grant of the defendant's motion to dismiss.

under the Americans with Disabilities Act. The Institution filed a motion to dismiss, arguing that the Act did not abrogate state sovereign immunity. The district court denied the Institution's motion, and the Institution appealed. This case is now controlled by *Trustees of University of Alabama v. Garrett*, 531 U.S. 356, 121 S.Ct. 955, 148 L.Ed.2d 866 (2001), which held that the Eleventh Amendment bars state employees from bringing claims against their employers under Title I of the Americans with Disabilities Act. We therefore REVERSE the district court's denial of the defendant's motion to dismiss and REMAND this case to the district court for further proceedings in light of *Garrett*.

**Robert WRIGHT, Plaintiff–Appellee,**

v.

**LIMA CORRECTIONAL INSTITUTION, Defendant–Appellant.**

No. 97–3587.

United States Court of Appeals, Sixth Circuit.

Feb. 28, 2001.

Before MARTIN, Chief Judge; SUHRHEINRICH and SILER, Circuit Judges.

PER CURIAM.

Robert Wright, an employee of the Lima Correctional Institution, sued his employer

**Maralee POMEROY, Plaintiff–Appellee,**

v.

**WESTERN MICHIGAN UNIVERSITY, Defendant–Appellant.**

No. 97–1751.

United States Court of Appeals, Sixth Circuit.

Feb. 28, 2001.

Before MARTIN, Chief Judge; SUHRHEINRICH and SILER, Circuit Judges.